IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re: Nirmal Mulye | : Index No.: 25-mc-00245-JLR<br>:<br>:<br>:<br>:<br>:<br>: **ORDER** |

IT IS HEREBY ORDERED THAT:

The Writ of Execution issued on July 31, 2025, directed to PNC Bank as Garnishee and served on PNC Bank in New York, New York, is hereby RELEASED, TERMINATED, and QUASHED.

For the avoidance of doubt, the writ of execution served on PNC Bank as Garnishee in Miami, Florida is not being released and shall remain in place and all holds on funds as a result of such action in Florida shall remain in place.

Dated: October 9, 2025

JENNIFER L. ROCHON
United States District Judge

6295661v.2